JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE PHILLIP AGUIRRE, | ) | Case No. CV 10-10076-AG (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| FRANCISCO JACQUEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 31, 2012

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1